IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
v.    )    CIVIL ACTION NO.  2:03cv1031-T
    )    WO
JOHN THOMAS RILEY,    )
    )
    Defendant.    )

**ORDER**

On July 11, 2005, counsel for the defendant electronically filed a pleading captioned "First Motion to Amend/Correct Motion to Vacate/Set Aside/Correct Sentence (2255)." (Doc. # 13).  However, the attached document is not a motion to amend; rather it is the amendment.  The document also does not contain a signature on the pleading or certificate of service nor is the certificate of service dated.  After several attempts to contact counsel, on July 22, 2005, the Clerk of the Court issued a Notice of Deficiency and directed counsel to correct the pleading filed on July 11, 2005.  *See* Doc. # 14.

In response to the Notice of Deficiency, counsel submitted a partial correction – the pleading was signed.  However, no motion to amend accompanied the proposed amendment and the certificate of service was still not dated.  On July 29, 2005, the Clerk of the Court again requested that a motion to amend be filed in conjunction with the amended motion. To date, counsel has failed to file the appropriate motion to amend in accordance with the directives of the Clerk of the Court and local rules of this court.  Consequently, the court concludes that the pleading captioned "First Motion to Amend/Correct Motion to Vacate/Set

Aside/Correct Sentence (2255), " (doc. # 13), should be stricken.  Accordingly, it is

ORDERED that the pleading captioned "First Motion to Amend/Correct Motion to

Vacate/Set Aside/Correct Sentence (2255)," (doc. # 13), be and is hereby STRICKEN from

the record.

Done this 24th day of August, 2005.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE