IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:03cv1031-T |
| | ) | WO |
| JOHN THOMAS RILEY, JR. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file an amendment (Doc. 16), filed by the movant on October 10, 2005, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 10th day of November, 2005.


                                /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE