IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:03cv1031-MHT |
| | ) | WO |
| JOHN THOMAS RILEY, JR. | ) | |

**O R D E R**

On November 15, 2005, the movant, through counsel, filed an amendment to his § 2255 motion (Doc. # 19) in which he asserts new claims that (1) his sentence violates the holdings in *Apprendi v. New Jersey*, 530 U.S. 466 (2000), and *Blakely v. Washington*, ___ U.S. ___, 124 S.Ct. 2531 (2004); and (2) the Sentencing Guidelines – and therefore his own sentence – are unconstitutional. Accordingly, and for good cause, it is

ORDERED that within twenty (20) days from the date of this order, the United States shall file a supplemental response addressing the claims presented in the movant's amendment to his § 2255 motion.

Done this 8th day of February, 2006.

                /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE