IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN THOMAS RILEY, JR. | ) | |
| | ) | |
| v | ) | CIV. ACT. NO. 2:03cv1031-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA | ) | |

**ORDER**

On June 28, 2006, the Government filed a response to Mr. Riley's second amendment to his § 2255 motion (doc. no. 36).  Accordingly, it is

ORDERED that on or before July 17, 2006, counsel for Mr. Riley may file a response to the Government's submission.

Done this 10th day of July, 2006.

                         /s/Charles S. Coody
                         CHARLES S. COODY
                         CHIEF UNITED STATES MAGISTRATE JUDGE